IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| FERRARI FINANCIAL SERVICES, INC., | § § | |
| Plaintiff, | § § | |
| v. | § § | No. 3:23-CV-1572-K |
| DANNY S. YOO and DSY LLC, | § | |
| Defendants. | § § | |

**ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation ("FCR") in this case. The District Judge has made a *de novo* review of those portions of the FCR to which objections were made and has reviewed all other portions of the FCR for plain error. The objections are OVERRULED, and the court finds no plain error with respect to the remainder of the FCR. The court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and **GRANTS** Plaintiff Ferrari Financial Services, Inc.'s Motion for Leave to File Under Seal, (Dkt. No. 30), and **GRANTS IN PART** the Motion for Attorney's Fees, (Dkt. No. 33).

Accordingly, the Court awards Plaintiff a total of $43,572.73 in fees and costs (comprised of $40,218.90 in attorney's fees and $3,353.80 in court costs and expenses).

SO ORDERED.

Signed March 12th, 2025.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE